

FILED
CLERK, U.S. D...
NOV 10 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>Munoz, Santa Sabas<br>DEFENDANT(S). | CASE NUMBER<br>SA08-637 M<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of _Gov't_, IT IS ORDERED that a detention hearing is set for _Thursday, 11/13/08_, at _10:00_ ☒a.m./ ☐p.m. before the Honorable _Robert N Block_, in Courtroom _6B_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _11/10/08_

_____
U.S. District Judge/Magistrate Judge
**ROBERT N. BLOCK**