FILED-SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> Munoz, Santos Subas <br> Defendant. | Case No.: SA 08-637 M <br> ORDER [OF DETENTION] AFTER HEARING HELD PURSUANT TO 18 U.S.C. § 3148 (B) <br> (Alleged Violation of Conditions of Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge _Hudspeth, WD Texas_, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)   ( )   that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)   (X)   that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following: _failed to report as ordered; absconded from supervision_

and

(2)

    (A)  (X)  that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)  (X)  that the defendant is unlikely to abide by any condition or combination of conditions of release.

and/or, in the event of (1) (A)

(3)  ( )  that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

or

(4)  ( )  that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

      ( )  This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

or

C.

(X)  IT IS ORDERED that the defendant be detained prior to trial.

DATED: 11/13/08

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE

2